DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

9 JUNE 2016

| 134P16 | Ronald Thompson Corbett v. State of North Carolina Department of the Secretary of State | Petitioner's *Pro Se* Motion for Notice of Appeal | Dismissed |
|---|---|---|---|
| 135P16 | State v. Robert Antwain Stanback | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court, Randolph County<br><br>2. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br><br><br>2. Dismissed as moot |
| 136P16 | State v. Maurice Parker | Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court, Cumberland County | Dismissed |
| 137P16 | State v. Reid Wilburn McLaughlin | 1. Def's Notice of Appeal Based Upon a Constitutional Question (COA15-333)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. State's Motion to Dismiss Appeal<br><br>4. State's Conditional PDR Under N.C.G.S. § 7A-31 | 1. —<br><br><br>2. Denied<br><br>3. Allowed<br><br>4. Dismissed as moot |
| 139P16 | State v. Maurice Shepherd | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court, Northampton County<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br><br><br>2. Allowed<br><br><br>3. Dismissed as moot |
| 142P16 | State v. Sylvia Dyson Sprinkle | Def's PDR Under N.C.G.S. § 7A-31 (COA15-657) | Denied |
| 143P16 | Shawn Blackburn v. N.C. Department of Public Safety | Petitioner's PDR Under N.C.G.S. § 7A-31 (COA15-556) | Denied |
| 145P16 | State v. Christopher Lynn Hallum | Def's PDR Under N.C.G.S. § 7A-31 (COA15-526) | Denied |
| 148P16 | State v. John Wesley Hearne | Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA (COAP16-163) | Dismissed |
| 149P16 | State v. Ronald Audra Ingram | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA15-794) | Dismissed |